AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 2:15-mj-1109-GWF |
| FRANK ZAVALA | ) | |
| | ) Charging District: | Middle District of Tennessee |
| *Defendant* | ) Charging District's Case No. | 3:15-0059 |

*[Stamp: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — JAN 22 2016 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY]*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Middle District of Tennessee<br>801 Broadway, Room 800<br>Nashville, TN 37203   Phone No.: (615)-736-5498 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Jan. 22, 2016

_____
*Judge's Signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*